# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANTITA VASQUEZ RAMOS, | CIVIL ACTION |
| Plaintiff | |
| v. | NO. 12-4794 |
| CAROLYN W. COLVIN,[1] ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

FILED
JUN 28 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 28 day of June, 2013, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Docket No. 9) filed January 2, 2013; upon consideration of Defendant's Response to Request for Review of Plaintiff (Docket No. 12) filed March 6, 2013; and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated June 11, 2013, IT IS ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the relief sought by Plaintiff is DENIED; and

3. the decision of the Commissioner of Social Security is AFFIRMED.

BY THE COURT:

C. DARNELL JONES, II
United States District Judge

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration and, therefore, she should be automatically substituted as the Defendant in this action. See Fed. R. Civ. P. 25(d).